Leonard K. **MILLEN**, Trustee, Appellant,

v.

**GENERAL MOTORS ACCEPTANCE CORPORATION**, Appellee.

In the Matter of Walter C. **SEABOYER**, Bankrupt.

No. 4806.

United States Court of Appeals
First Circuit.
March 11, 1954.

Morris Michelson, Boston, Mass., for appellant.

R. Gaynor Wellings, Boston, Mass., William F. Byrne and Tyler & Reynolds, Boston, Mass., on brief, for appellee.

Before MAGRUDER, Chief Judge, and WOODBURY and HARTIGAN, Circuit Judges.

PER CURIAM.

The order of the District Court is affirmed on the memorandum of Judge Wyzanski, reported sub nom. In re Seaboyer, 116 F.Supp. 780.

Cecil **ARMSTRONG**, Appellant,

v.

**UNITED STATES** of America, Appellee.

No. 11965.

United States Court of Appeals
Sixth Circuit.
Feb. 18, 1954.

Byron T. Jenings, Jack W. Williams, Cincinnati, Ohio, for appellant.

Hugh K. Martin and Thomas Stueve, Cincinnati, Ohio, for appellee.

Before SIMONS, Chief Judge, and ALLEN and MARTIN, Circuit Judges.

PER CURIAM.

This appeal from judgment of conviction and sentence on guilty plea of the defendant has been duly considered on the record and on the briefs filed in the case;

And it appearing that there is no merit whatever in the points made by appellant;

The judgment of the district court is affirmed.

Edwin Monroe **BROWNING**, Appellant,

v.

Ivan W. **STEELE**, M. D., Warden, U. S. Medical Center, Springfield, Missouri.

No. 15004.

United States Court of Appeals
Eighth Circuit.
Feb. 2, 1954.

Edwin Monroe Browning, pro se.

PER CURIAM.

Appeals from District Court dismissed.